FILED
U.S. DIST. COURT
SAVANNAH DIV.
2007 AUG -8 A ⁓ 31
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

SAVANNAH-CHATHAM COUNTY )
FAIR HOUSING COUNCIL, INC., )
)
    Plaintiff, )
)
v. ) Case No. CV406-096
)
GENESIS DESIGNER HOMES, LLC., )
GENESIS REAL ESTATE )
GROUP, LLC., and BEST REAL )
ESTATE GROUP, LLC., )
)
    Defendants. )

## ORDER

Plaintiff has filed an "application" with the Court, requesting that the Court rule on its previous motion for leave to amend its complaint. Doc. 51. On August 8, 2006, plaintiff filed a motion for leave to amend its complaint, seeking to add six additional defendants and dismiss one defendant. Doc. 14. In a Joint Motion and Memorandum for Stay of Discovery and All Other Deadlines, the parties stipulated that the Stonelake Homeowners' Association (HOA) should be added as a party and asked that the Court grant plaintiff's motion solely with respect to the HOA. Doc. 25. In an

Order dated September 21, 2006, the Court granted plaintiff's motion for leave to amend to add HOA and the Joint Motion for Stay of Discovery. Doc. 26. Plaintiff's application is DENIED as moot.

SO ORDERED this 8TH day of August, 2007

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA