FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 FEB 14 AM 11:58

CLERK B. West
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SAVANNAH-CHATHAM COUNTY FAIR )
HOUSING COUNCIL, INC. and )
UNITED STATES OF AMERICA, )
)
Plaintiffs, )
)
v. ) CASE NO. CV406-096
)
GENESIS DESIGNER HOMES, LLC; )
GENESIS REAL ESTATE GROUP, LLC; )
STONELAKE HOMEOWNERS )
ASSOCIATION; THOMAS & HUTTON )
ENGINEERING CO.; MALPHRUS )
CONSTRUCTION CO., INC.; RICHARD )
A. FITZER, III; and HIGHLANDS )
CROSSING HOMEOWNERS' )
ASSOCIATION, INC., )
)
Defendants. )
)

## O R D E R

Before the Court is the parties' Joint Motion and Stipulation Permitting Limited Discovery Regarding Defendants' Financial Condition. (Doc. 322.) After careful consideration, this motion is **GRANTED**.

The parties are permitted to conduct limited discovery on the issue of the financial condition of Defendants. The timelines and schedule outlined in this Court's order dated January 18, 2011 remain in effect. The period of limited discovery granted by this order expires on the filing of the

proposed remedial plan or deadline for doing so, whichever occurs earlier.

SO ORDERED this 11th day of February 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA