## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

SAVANNAH CHATHAM COUNTY FAIR )
HOUSING COUNCIL, INC., and )
UNITED STATES OF AMERICA, )
                               )
        Plaintiffs, )
                               )
v. )      Civil Action No. CV406-096
                               )
GENESIS DESIGNER HOMES, LLC; )
GENESIS REAL ESTATE GROUP, LLC; )
STONELAKE TOWNHOMES PROPERTY )
OWNERS ASSOCIATION, INC., )
THOMAS &  HUTTON ENGINEERING )
COMPANY,  MALPHRUS CONSTRUCTION )
COMPANY, INC.; RICHARD A. FITZER, III; )
and HIGHLANDS CROSSING HOMEOWNERS' )
ASSOCIATION, INC., )
                               )
        Defendants. )

---

### NOTICE OF FILING EXHIBIT

      COMES NOW David H. Johnson, attorney of record for Malphrus Construction

Company, Inc., and files the attached Notice of Intent to Withdraw as Exhibit "A" to

Undersigned Counsel's Motion for Leave to Withdraw as Counsel of Record (Document 324).

                                   Respectfully submitted,

                                   s/ David H. Johnson
                                   David H. Johnson
McCorkle & Johnson, LLP                 Attorney for Defendant Malphrus
319 Tattnall Street                       State Bar No. 393250
Savannah, Georgia 31401
Phone No.: 912-232-6000
Fax No.:   912-232-7060
Email: dhj@mccorklejohnson.com

1



McCORKLE JOHNSON, LLP

Attorneys At Law
319 Tattnall Street • Savannah, Georgia 31401
Phone: (912) 232-6000 • Fax: (912) 231-2038

cmp@mccorklejohnson.com

January 19, 2011

VIA CERTIFIED MAIL

Malphrus Construction Company, Inc.
Attn: Gregg A. Malphrus
Post Office Box 21299
Hilton Head Island, South Carolina 29925

Re:    Savannah-Chatham County Fair Housing Council, Inc. v. Malphrus Construction Co.,
       Inc., et al.
       In the United States District Court for the Southern District of Georgia, Savannah Div.
       Civil Action No. 4:06-cv-00096

Dear Gregg:

**NOTICE OF INTENT TO WITHDRAW**

Pursuant to Local Rule 83.7 of the United States District Court for the Southern District of
Georgia, this is to notify you of my intent to file a motion to withdraw as attorney of record for
Malphrus Construction Co., Inc. in the above-referenced action.  Said motion will be filed on
February 3, 2011.  This is to confirm that my withdrawal as counsel is with your consent.

You have the burden of keeping the court informed respecting where notices, pleadings or other
papers may be served.  If you have any questions, please do not hesitate to contact me.

Sincerely yours,

David H. Johnson
Attorney at Law

Q:\DATA\WPDATA\2500\2548-04 Fair Housing Notice of Withdrawal.docx

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Malphrus Construction Company, Inc.
Attn: Gregg A. Malphrus
Post Office Box 21299
Hilton Head Island, South Carolina  29925

2548-04  emp

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*     7010 1870 0001 7957 5501

PS Form **3811**, February 2004     Domestic Return Receipt     102595-02-M-1540

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 15th day of February, 2011, served a copy of the

above and foregoing pleading on all parties to this proceeding via the Court's CM/ECF system,

which shall send notice to the following counsel of record:

Persons Served:


T. Mills Fleming, Esq.
Sarah H. Lamar, Esq.
Hunter, Maclean, Exley & Dunn, P.C.
200 E. St. Julian Street
Savannah, GA 31401

Edmond A. Booth, Esq.
Delora L. Kennebrew, Esq.
U.S. Attorney's Office
P. O. Box 8970
Savannah, Georgia 31412

Leamon R. Holliday, III, Esq.
Todd Michael Baiad, Esq.
Eric Fulcher, Esq.
Bouhan, Williams & Levy, LLP
Post Office Box 2139
Savannah, Georgia 31402

John Paul Berlon, Esq.
Post Office Box 10745
Savannah, Georgia 31412

Brent J. Savage, Esq.
Ashleigh R. Madison, Esq.
Savage Turner
304 East Bay Street
Savannah, Georgia 31401


Max Lapertosa, Esq.
Michalyn Steele, Esq.
Peter D. Kessler, Esq.
Jennifer C. Cass, Esq.
Rena J. Comisac, Esq.
U.S. Dept. Of Justice, Civil Rights Div.
Housing and Civil Enforcement Section
P. O. Box 65998
Washington, D.C. 20035-5988

Christopher Brancart, Esq.
Brancart & Brancart
Post Office Box 686
Pescadero, California 94060

William C. Thompson, Esq.
George E. Nowack, Jr., Esq.
Weissman, Nowack, Curry & Wilco, P.C.
3500 Lenox Road
One Alliance Center, 4th Floor
Atlanta, Georgia 30326

Douglas E. Herman, Esq.
Oliver Maner, LLP
218 West State Street
Savannah, Georgia 31401

Roy E. Paul, Esq.
Bart, Meyer & Company
15 Lake Street, #130
Savannah, Georgia 31411


[Continued on following page.]

2

Steven H. Rosenbaum
U.S. Department of Justice
Civil Rights Division
Voting Section
Post Office Box 66128
Washington, DC  20035-6128


    This is to further certify that I have on this the 15th day of February, 2011, served Malphrus Construction Co., Inc., with a copy of the foregoing by email and by placing a copy of the same in a properly addressed envelope with sufficient postage thereon and depositing same in the United States Mail.

Person served:

Malphrus Construction Co., Inc.
Post Office Box 21299
Hilton Head Island, SC 29925


                            s/ David H. Johnson
                            David H. Johnson
                            Attorney for Defendant Malphrus
                            State Bar No. 393250

McCorkle & Johnson, LLP
319 Tattnall Street
Savannah, Georgia 31401
Phone No.: 912-232-6000
Fax No.:    912-232-7060
Email: dhj@mccorklejohnson.com

Q:\DATA\WPDATA\2500\2548-15 Mtn to Withdraw.docx

3